```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
INGRID APRIL,                                                          :
                                                                       :
                          Plaintiff,                                   :
                                                                       :   23 Civ. 8643 (JPC)
            -v-                                                        :
                                                                       :   ORDER
NATIONAL UNION FIRE INSURANCE COMPANY                                  :
OF PITTSBURGH,                                                         :
                                                                       :
                          Defendant.                                   :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On December 5, 2023, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 5. Defendant's deadline to respond to the Complaint was therefore December 26, 2023. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until January 16, 2024. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff should seek a Certificate of Default by January 23, 2024.

SO ORDERED.

Dated: January 2, 2024
       New York, New York

                                                    _____
                                                    JOHN P. CRONAN
                                                    United States District Judge