```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

INGRID APRIL,

                      Plaintiff,

    -against-

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

                      Defendant.
-----------------------------------------------------------------X

23-CV-08643 (JPC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    The parties have advised the Court that they have reached a settlement in principle. Accordingly, the March 12, 2024 settlement conference and all future case management deadlines are ADJOURNED with no future date. By April 8, 2024, the parties shall either file a stipulation of dismissal or a letter explaining why a stipulation of dismissal cannot be filed.

**SO ORDERED.**

                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:    March 7, 2024
                New York, New York